UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHAD WINDHAM MITCHELL,<br><br>　　　　　　　　　　　Plaintiff<br><br>　v.<br><br>CARSON CITY SHERIFF'S OFFICE, *et al.*,<br><br>　　　　　　　　　　　Defendants | Case No. 3:22-cv-00159-MMD-CSD<br><br>ORDER |

　　　　On June 10, 2022, the Court issued a screening order and granted Plaintiff until July 13, 2022, to file an amended complaint or the case would be dismissed without prejudice. (ECF No. 3 at 9-10). Plaintiff now moves for a sixty-day extension of time to file his amended complaint, citing delays in conducting legal research and obtaining documents. (ECF No. 5).

　　　　The Court grants in part the motion for an extension of time. Plaintiff will file the amended complaint on or before Friday, August 12, 2022. If Plaintiff chooses not to file an amended complaint, this action will be subject to dismissal without prejudice. (ECF No. 3 at 9-10).

　　　　To the extent that Plaintiff is seeking copies of filings in this action, the Court notes that there is a per page charge for copy work. Copies produced from an electronic format (CM/ECF) are $0.10 per page; copies produced from a physical format are $0.50 per page. An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). The Court cannot provide free copies even to indigent plaintiffs proceeding *in forma pauperis*, because the *in forma pauperis* statute does not authorize the Court to pay the costs for an indigent litigant's copy requests. 28 U.S.C. § 1915.

　　　　For the foregoing reasons, it is ordered that the motion for an extension of time (ECF No. 5) is granted in part. Plaintiff will file his amended complaint on or before Friday, August 12, 2022.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action may be dismissed without prejudice.

It is further ordered that, if Plaintiff seeks copies of filings in this action, he must submit a "Copy and Service Request" form to the Clerk of the Court and pay the appropriate fees. The Clerk of the Court will send Plaintiff a courtesy copy of the "Copy and Service Request" form.

DATED: June 28, 2022.

_____
UNITED STATES MAGISTRATE JUDGE