UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHAD WINDHAM MITCHELL,

                Plaintiff

    v.

CARSON CITY SHERIFF'S OFFICE, et al.,

                Defendants

Case No. 3:22-cv-00159-MMD-CSD

ORDER

This 42 U.S.C. § 1983 case comes before the Court on Plaintiff Chad Windham Mitchell's response to order for current address and inquiry for injunctive relief. (ECF No. 13.) On October 13, 2022, this Court ordered Plaintiff to file his updated address because according to a returned receipt for payment, Plaintiff was no longer at the address listed with the Court. (ECF No. 11.) Upon further inspection, the receipt for payment was returned because it was misaddressed.[1] (*See* ECF No. 10.) In his response, Plaintiff confirms that he is "still at the address on file with the Court as listed." (ECF No. 13 at 1.) In his response, Plaintiff also raises concerns about the Carson City Sheriff's Detention Facility's obstruction of his mail and his abilities to communicate with this Court. (ECF No. 13 at 2–3.) This Court reassures Plaintiff that it has received his First Amendment Complaint (ECF No. 9 ("FAC")), the FAC is in line for screening, and this Court will issue a separate order once it has screened the FAC. To verify that all correspondence between this Court and Plaintiff has been received, this Court will instruct the Clerk of the Court to send Plaintiff a copy of his docket sheet.

IT IS THEREFORE ORDERED that the Clerk of the Court send Plaintiff a copy of the docket sheet in this matter.

DATED: October 28, 2022.



UNITED STATES MAGISTRATE JUDGE

---

[1] This error by the Court has been corrected, and the receipt for payment was re-mailed to Plaintiff on October 27, 2022. (*See* ECF No. 13.)