UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHAD WINDHAM MITCHELL,

                       Plaintiff,

   v.

CARSON CITY SHERIFF'S OFFICE, *et al.*,

                       Defendants.

3:22-cv-00159-MMD-CSD

**ORDER**

Re: ECF No. 33

      Before the court is Plaintiff's Motion to Substitute True Name of John Doe Defendant. (ECF No. 33.) Plaintiff states that he has identified the true name of the commissary employee named in the First Amendment retaliation claim pursuant to the court's Screening Order on Plaintiff's Revised Second Amended Complaint.

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute True Name of John Doe (ECF No. 33) is **<u>GRANTED</u>** to the extent that Defendant Tonia Mesch is substituted for John Doe named in Plaintiff's First Amendment retaliation claim. (*See*, Screening Order on Revised Second Amended Complaint, ECF No. 26 at 13.)

      **IT IS FURTHER ORDERED** that the Clerk of Court shall issue a summons for Defendant Tonia Mesch and deliver the same to the U.S. Marshal for service. The Clerk also will send sufficient copies of the Revised Second Amended Complaint (ECF No. 23 plus ECF No. 24 at 4–7) and this order to the U.S. Marshal for service on the Defendant.

**IT IS FURTHER ORDERED** that the Clerk shall send to Plaintiff one (1) USM-285 form. Plaintiff will have 20 days within which to give the U.S. Marshal the required USM-285 form with relevant information as to Defendant Tonia Mesch.

**IT IS FURTHER ORDERED** that within 20 days after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, Plaintiff must file a notice with the court identifying which Defendant(s) were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

DATED: May 25, 2023.

_____
UNITED STATES MAGISTRATE JUDGE