**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHAD WINDHAM MITCHELL,<br><br>                      Plaintiff,<br>v.<br><br>DETENTION CAPTAIN MAYS,<br>DETENTION SERGEANT RIVERA,<br>DETENTION SERGEANT BINDLEY,<br>and JOHN DOE COMMISSARY<br>EMPLOYEE,<br><br>                      Defendants. | 3:22-cv-00159-MMD-CSD<br><br>**ORDER** |

It appears that Plaintiff did not receive the court's order granting Plaintiff's motion for extension of discovery deadlines (ECF No. 60).

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to send a copy of the Second Amended Complaint (ECF No. 27), Defendants' Answers to the Second Amended Complaint (ECF Nos. 39, 55) and the December 19, 2023, order (ECF No. 60) to Plaintiff.

DATED: January 17, 2024.

_____
UNITED STATES MAGISTRATE JUDGE