# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHAD WINDHAM MITCHELL,

                      Plaintiff,

  v.

DETENTION CAPTAIN MAYS,
DETENTION SERGEANT RIVERA,
DETENTION SERGEANT BINDLEY,
and JOHN DOE COMMISSARY
EMPLOYEE,

                      Defendants.

3:22-cv-00159-MMD-CSD

**ORDER**

Re:  ECF No. 75

      Before the court is Plaintiff's Motion for Request for Information. (ECF No. 75.) Plaintiff requests "special rules relating to Fed. R. Civ. P. 72 and 73 as well as LR IB 1-1 thru 1-7." (*Id.*)

      **IT IS HEREBY ORDERED** that Plaintiff's request for a copy of LR IB 1-1 through 1-7 is **<u>GRANTED</u>**. However, the court will not provide a copy of the Federal Rules of Civil Procedure. Plaintiff may kite the law library at Stewart Conservation Camp for the sections of the Federal Rules which he requests.

      Plaintiff is advised that he should not expect to receive free copies of court documents and filings as a matter of course. In the future, if Plaintiff wishes to have a copy of court documents and filings, he will have to order it in advance and pay for it. The Clerk's Office charges 50¢ per page for copies.

      DATED: February 26, 2024.



                                        UNITED STATES MAGISTRATE JUDGE