UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHAD WINDHAM MITCHELL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DETENTION CAPTAIN MAYS, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:22-cv-00159-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 82 |

Before the court is Plaintiff's Motion Pertaining to Electronic Filing. (ECF No. 82.) Plaintiff states that law library did not give him copies of three (3) filings (ECF Nos. 72, 73, 74) and requests the court provide him with courtesy copies of these documents.

Plaintiff is advised he should not expect to receive free copies of court filings as a matter of course. However, in this instance, Plaintiff's request shall be granted on a **one-time basis**. Plaintiff is informed if in the future he wishes to have a copy of court filings, he will have to pay for them in advance. The Clerk's Office charges 10¢ per page to reproduce any document from the court's filing system.

Plaintiff's Motion (ECF No. 82) is **GRANTED** to extent that the Clerk of the Court is directed to send Plaintiff courtesy copies of (1) Request for Leave (ECF No. 72), (2) Motion for Protective Order (ECF No. 73) and (3) Objection to Order (ECF No. 74).

**IT IS SO ORDERED.**

DATED: March 13, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1