Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
CHRISTOPHER RIVERA, BRETT BINDLEY and
TONIA MESCH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHAD WINDHAM MITCHELL,<br><br>     Plaintiff,<br><br>v.<br><br>DETENTION CAPTAIN MAYS,<br>DETENTION SERGEANT RIVERA,<br>DETENTION SERGEANT BINDLEY, and<br>JOHN DOE COMMISSARY EMPLOYEE,<br><br>     Defendants. | Case No.  3:22-cv-00159-MMD-CSD<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Anthony Gold, Esq., is no longer associated with the firm of Thorndal Armstrong, PC, and, accordingly, is disassociated as counsel for Defendants CHRISTOPHER RIVERA, BRETT BINDLEY, and TONIA MESCH.  The firm of Thorndal Armstrong, PC, respectfully requests the removal of Anthony Gold, Esq., from the list of attorneys associated with this case, as well as future pleadings, notices, orders, other court documents and any proofs of service.

DATED this 1st day of April, 2024.

THORNDAL ARMSTRONG, PC

By:   */s/ Katherine Parks*
KATHERINE F. PARKS, ESQ.
Nevada Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorney for Defendants
CHRISTOPHER RIVERA,
BRETT BINDLEY and TONIA MESCH

IT IS SO ORDERED.

DATED: April 2, 2024.

_____
UNITED STATES MAGISTRATE JUDGE