# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHAD WINDHAM MITCHELL,<br><br>               Plaintiff,<br>v.<br><br>CARSON CITY SHERIFF'S OFFICE, *et al.*,<br><br>               Defendants. | Case No. 3:22-cv-00159-MMD-CSD<br><br>ORDER |

Pro se Plaintiff Chad Windham Mitchell brought this action under 42 U.S.C. § 1983 for events that took place while he was a pretrial detainee at Carson City Sheriff's Detention Facility. (ECF No. 4.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 111), recommending granting Defendants' motion for summary judgment (ECF No. 106). To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations."). Judge Denney held that Defendants met their initial burden of establishing the absence of any genuine issue of material fact, Plaintiff did not meet the same burden when it shifted to him, and Plaintiff could not succeed on his First Amendment retaliation and interference claims. (ECF. 111 at 5-16.) Having reviewed the R&R, Judge Denney did not clearly err.

///

1     It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 111) is accepted and adopted in full.

    It is further ordered that Defendants' motion for summary judgement (ECF No. 106) is granted.

    It is further ordered that Plaintiff's motion for hearing (ECF No. 110) is denied as moot.

    The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

    DATED THIS 17th Day of March 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE